**Motion Denied and Order filed January 31, 2023.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-19-00514-CV
_____

**MOSAIC BAYBROOK ONE LP, MOSAIC BAYBROOK TWO, LP; MOSAIC BAYBROOK ONE GP LLC; MOSAIC BAYBROOK TWO GP LLC; MOSAIC RESIDENTIAL, INC.; ROBERT M. WEBER; VALISSA PARMER; ABID BHIMANI; MOSAIC GP FUND III LLC; EASTHAM CAPITAL FUND III (QP) LP; EASTHAM CAPITAL FUND IV, LP; AUSPAY-BAYBROOK, LLC; AUSPAY-MOSAIC GP, LLC; WILLIAMSBURG ENTERPRISES, LLLP; PHILIP SALEM; WIDAD SALEM; AND BAYBROOK LL, LLC, Appellants**

**V.**

**TAMMY CESSOR AND PAUL SIMIEN, Appellees**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-10104**

---

## ORDER

Appellants' motion for en banc reconsideration of the panel opinion in appeal No. 14-19-00514-CV is denied.

PER CURIAM

En Banc Court consists of Chief Justice Christopher and Justices Wise, Jewell, Bourliot, Zimmerer, Hassan, Poissant, and Wilson (Spain, J., not participating).